KYLE KITSON, SBN 276173
Homeless Action Center
2150 Dwight Way
Berkeley, CA 94704
(510) 540-0878 x 308 tel
(510) 540-0403 fax
kkitson@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RANSOM,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 3:26-cv-06972-TSH<br><br>MOTION FOR EXTENSION OF TIME AND CERTIFICATE OF SERVICE ; **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 30 additional days to submit the Plaintiff's Brief and Statement of the Administrative Record, until November 4, 2026, with all other deadlines extended accordingly. Plaintiff's Brief is currently due October 5, 2026. This is a substantial administrative record with 30 medical exhibits, and Plaintiff requires additional time due to significant competing workloads. This is Plaintiff's first extension request.

Respectfully submitted,

Kyle Kitson,
Attorney for Plaintiff

Dated: September 29, 2026

By: /s/ *Kyle Kitson*
KYLE KITSON
Attorney for Plaintiff

Dated: September 29, 2026

By: /s/ *Erin Highland*
ERIN HIGHLAND
(as authorized via email September 29, 2026)
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 29, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge